UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

CRIMINAL ACTION NO. 09-13-DLB-2

UNITED STATES OF AMERICA                                              PLAINTIFF

vs.          **ORDER ADOPTING REPORT & RECOMMENDATION**

SALLY MARIE KEMPLIN                                                  DEFENDANT

*** *** *** ***

This matter is before the Court upon the Report and Recommendation ("R&R") of the United States Magistrate Judge (Doc. # 203), wherein he recommends that Defendant's supervised be revoked and that the Court impose a sentence of twelve (12) months and one (1) day, with no supervised release to follow. During the final revocation hearing conducted by Magistrate Judge Edward Atkins on September 5, 2013, Defendant admitting to violating the terms of her supervised release as set forth in the May 1, 2013 Supervised Release Violation Report. The United States and Defendant also informed the Court that they reached an oral agreement to recommend a sentence of one year and one day imprisonment for said violations.

Defendant having waived her right to allocution (Doc. # 201), and no objections to the R&R having been filed and the time to do so having now expired, the R&R is ripe for the Court's consideration. Having reviewed the R&R, the Court concludes that it is sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently advised,

1

**IT IS ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation (Doc. # 203) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2) Defendant is found to have **VIOLATED** the terms of her supervised release;

(3) Defendant's supervised release is hereby **REVOKED**;

(4) Defendant is sentenced to the **CUSTODY** of the Attorney General for a period of **TWELVE (12) MONTHS AND ONE (1) DAY**, with no supervised release to follow; and

(5) A Judgment shall be entered contemporaneously herewith.

This 23rd day of October, 2013.



Signed By:
*David L. Bunning*  DB
United States District Judge

G:\DATA\ORDERS\Ashland Criminal\2009\09-13-2 Order adopting R&R on TSR violations.wpd